UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>RASHEIM CARLTON,<br><br>Defendant. | **ORDER**<br><br>05 Cr. 796 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      The Court is in receipt of Defendant Rasheim Carlton's motion for a sentence reduction pursuant to 17 U.S.C. § 3582(c)(1)(A).  (See Dkt. No. 64)

      The Government will respond to Defendant's motion by **September 16, 2022**.

Defendant's reply, if any, is due by **September 23, 2022**.

Dated: New York, New York
       September 6, 2022

SO ORDERED.

*Paul Gardephe*

Paul G. Gardephe
United States District Judge