

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 9, 2022

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    <u>United States v. Carlton, 05 Cr. 796 (PGG)</u>

Dear Judge Gardephe:

    The Government respectfully submits this letter to request an extension of time to respond to Rasheim Carlton's motion for a sentence reduction. On September 6, 2022, the Court ordered that the Government respond to that motion by September 16, 2022, and Carlton file a reply by September 23, 2022. (Dkt. 66). The Assistant United States Attorney assigned to the matter has left the United States Attorney's Office, and under-signed counsel is reviewing the record from the initial sentencing, which occurred on February 7, 2007, and appeal history. Government counsel has also ordered records relating to the underlying case that are stored offsite, and those records have not yet arrived. Accordingly, the Government requests that it be permitted to file its response by September 23, 2022, with any reply by Carlton due by September 30, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: _____
Adam Sowlati
Assistant United States Attorney
(212) 637-2438

**MEMO ENDORSED**
**The Application is granted.**
**SO ORDERED:**

*/s/ Paul G. Gardephe*
**Paul G. Gardephe, U.S.D.J.**
**Dated: September 15, 2022**

Cc:    Matthew B. Larsen, Esq.